# Order

Michigan Supreme Court
Lansing, Michigan

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

141805

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

                                      SC: 141805
                                      COA: 297140
                                      Macomb CC: 94-001006-FC

TOD FRIEDMAN,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 4, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011                                              

y0228                                        Clerk